In the Matter of the Application and Petition of GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof, in the Counties of Westchester, Bronx, Queens and Kings, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. FLATBUSH AVENUE AND NEVINS STREET CORPORATION and Others, Appellants; GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, Respondents. (City Aqueduct Department, City Tunnel No. 2, Section No. 4.) — Order confirming the second separate report of commissioners of appraisal in a condemnation proceeding to acquire lands for the construction of a tunnel for the conveyance of water unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Settlement of the Account of Proceedings of SAMUEL P. GOLDBERG, as Administrator, etc., of BERTHA GOLDBERG, Deceased, Respondent; NATIONAL SURETY COMPANY in Rehabilitation, Appellant.— Order of the Surrogate's Court of Queens county denying motion for examination of the administrator before trial reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs; examination to proceed at a time and place to be stated in the order. The examination sought relates to the affairs of the estate of Bertha Goldberg and the knowledge respecting those affairs possessed by the administrator, Samuel P. Goldberg, as such. It was, therefore, an examination that should have been allowed in the exercise of sound legal discretion. (Nagel v. Nagel, 242 App. Div. 845.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur. Settle order on notice.

In the Matter of the Application of JEWISH MENTAL HEALTH SOCIETY, Appellant, for a Mandamus Order against VILLAGE OF HASTINGS and Others, Respondents. — Order dismissing the appellant's petition and the alternative mandamus order previously entered unanimously affirmed, with costs, on the ground that section 343 of the Village Law is applicable and that the appellant has failed to comply with its provisions. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.